# United States Court of Appeals
## For the Eleventh Circuit

FILED

2006 JUN -1 PM 3: 03

No. 05-16738

District Court Docket No.
04-00892-CV-ORL-31-JGG

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FILED
ORLANDO, FLORIDA

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Apr 28, 2006

THOMAS K. KAHN
CLERK

KEVIN H. HUDSON,
an individual,

        Plaintiff-Appellant,

versus

INTERNATIONAL COMPUTER NEGOTIATIONS, INC.,
a Florida Corporation,

        Defendant-Appellee.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
MAY 3 0 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:   April 28, 2006
For the Court:   Thomas K. Kahn, Clerk
By:   Gilman, Nancy

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 28, 2006
THOMAS K. KAHN
CLERK

No. 05-16738
Non-Argument Calendar

D.C. Docket No. 04-00892-CV-ORL-31-JGG

KEVIN H. HUDSON, an individual,

Plaintiff-Appellant,

versus

INTERNATIONAL COMPUTER NEGOTIATIONS, INC.,
a Florida corporation,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

**(April 28, 2006)**

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

Appellant-plaintiff Kevin H. Hudson (Hudson) appeals the district court's grant of summary judgment in favor of International Computer Negotiations, Inc. (ICN) and against Hudson's claims arising under the Employee Retirement and Income Security Act, 29 U.S.C. § 1001, *et seq.* (ERISA), the Florida Civil Rights Act, Fl. Stat. § 760, *et seq.* (FCRA), as well as a state law claim for negligent misrepresentation. After carefully reviewing the record on appeal and reading the parties' briefs, we affirm this appeal for the reasons stated in the district court's thorough and well-reasoned order dated November 16, 2005, finding that Hudson's "utter inability to support his claims" made them "little more than frivolous."

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

*FILED*
*2006 JUN -1 PM 3: 03*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*ORLANDO, FLORIDA*

May 30, 2006

Sheryl L. Loesch
Clerk, U.S. District Court
80 N HUGHEY AVE STE 300
ORLANDO FL 32801-2225

**Appeal Number: 05-16738-CC**
Case Style: Kevin H. Hudson v. International Computer
District Court Number: 04-00892 CV-ORL-31-JGG

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:

Bill of Costs
   Original record on appeal or review, consisting of: nine volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (02/2006)