# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

Kevin H. Hudson
_____
                    Appellant
vs.

Case No. 05-16738-CC

International Computer Negotiations, Inc.
_____
                    Appellee

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 08 2006
THOMAS K. KAHN
CLERK

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | | X | 48 | 13 (7) | 624 | 62.40 | $33.60 |
| Reply Brief | | | | | | | |
| Binding | | X | | 13 | | 32.50 | $17.50 |
| Sales tax | | X | | | | 6.17 | $ 3.32 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. See Attached Ex. "A" | | | | | TOTAL | $ 101.07 REQUESTED | $ $54.42 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: May 4, 2005        Signature: _____

Attorney for: Appellee International Computer Negotiations, Inc.
              (Type or print name of client)

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$54.42__ against __Appellant__ By: _____

and are payable directly to __Appellee__

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
Deputy Clerk
Atlanta, Georgia

Thomas K. Kahn, Clerk

Issued on: MAY 30 2006        By: _____
                                  Deputy Clerk

MISC-12
(Rev. 12/98)