IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
2006 JUL -7 AM 10: 27

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FILED
JUL 0 5 2006
THOMAS K. KAHN
CLERK

No. 05-16738-CC

KEVIN H. HUDSON,
an individual,

           Plaintiff-Appellant,

versus

6:04 CV 892

INTERNATIONAL COMPUTER NEGOTIATIONS, INC.,
a Florida Corporation,

           Defendant-Appellee.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: MARCUS, WILSON and HILL, Circuit Judges.

BY THE COURT:

Appellee's motion to transfer consideration of the issue of appellate attorney's fees to the District Court is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**FILED**
2006 JUL -7  AM 10: 27
U.S. ... COURT
MIDDLE DIS...
OR... FLORIDA

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 05, 2006

Sheryl L. Loesch
Clerk, U.S. District Court
80 N HUGHEY AVE STE 300
ORLANDO FL 32801-2225

**Appeal Number: 05-16738-CC**
Case Style: Kevin H. Hudson v. International Computer
District Court Number:  04-00892 CV-ORL-31-JGG ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon (404) 335-6172

MOT-2 (03-2006)