UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN H. HUDSON,                                        CASE NO.:  6:04-CV-892-ORL-31JGG

        Plaintiff,
v.

INTERNATIONAL COMPUTER
NEGOTIATIONS, INC.,

        Defendant.
_____/

**PLAINTIFF'S COUNSEL, BASYLE J. TCHIVIDJIAN'S MOTION
FOR RECONSIDERATION OF THE ORDER ENTERED BY THIS COURT ON JULY
20, 2006 AND INCORPORATED MEMORANDUM OF LAW**

      Pursuant to Federal Rule of Civil Procedure 60(b)(6), Plaintiff's Counsel, Basyle Tchividjian, ("TCHIVIDJIAN") requests this Honorable Court to reconsider its Order dated July 20, 2006 which granted, International Computer Negotiations, Inc.'s ("ICN") Motion for an Attorneys' Fees against counsel in this action, and states:

      1.      On July 20, 2006, this Honorable Court entered an Order which granted ICN's Motion for Entitlement of Attorney Fees against the Plaintiff and Plaintiff's counsel. This Order was given a docket number of 120.

      2.      This Court's Order did not reference in any manner docket number 116 which is the Memorandum of Law in Opposition to Defendant's Motion for Order of Entitlement to Attorney's Fees (and attached exhibits) which was filed by the undersigned counsel, Basyle J. Tchividjian on June 26, 2006.

      3.      In its Order, this Honorable Court stated,

*This matter is presently before the Court on ICN's Motion for Attorney's Fees (Doc. 114), and Memoranda in Opposition thereto filed by Hudson and his attorney (Docs. 118 and 117, respectively).*

4. The undersigned counsel is gravely concerned that his Memorandum of Law in Opposition to Defendant's Motion for Order of Entitlement to Attorney's Fees may have been inadvertently not reviewed and/or considered by this Honorable Court in making its ruling.

5. Docket number 116 specifically addressed many of the issues this Honorable Court relied upon in entering the Order granting ICN's Motion for Attorney's Fees, specifically, the issues of retaliatory motive (pages 12-13), and counsel's handling of the case as it relates to discovery issues (pages 3 -6).

WHEREFORE, Plaintiff's Counsel, Basyle J. Tchividjian, respectfully requests that this Honorable Court reconsider its Order dated July 20, 2006 and provide whatever relief is just from such Order.

## MEMORANDUM OF LAW

On July 20, 2006, this Honorable Court entered an Order sanctioning Plaintiff's counsel pursuant to 28 U.S. C. §1927. The Order states that "This matter is presently before the Court on ICN's Motion for Attorney's Fees (Doc. 114), and Memoranda in Opposition thereto filed by Hudson and his attorney (Docs. 118 and 117 respectively).  Prior to the filing of Docket numbers 117 and 118 by co-counsel Craig L. Berman, on June 26, 2006, co-counsel, Basyle J. Tchividjian, filed a Memorandum of Law in Opposition to Defendant's Motion for Order of Entitlement to Attorney's Fees (and attached exhibits) which was provided a docket number of 116.   This Memorandum specifically addressed and rebutted many of ICN's allegations which were

unsupported by facts in its Motion for sanctions to be imposed against co-counsel, Basyle J. Tchividjian.  In fact, docket number 116 specifically addressed many of the issues this Honorable Court relied upon in entering its Order on July 20, 2006, including the issues of retaliatory motive (pages 12-13), and counsel's handling of the case as it relates to discovery issues (pages 3 -6).

The undersigned co-counsel fears that his Memorandum of Law in Opposition to Defendant's Motion for Order of Entitlement to Attorney's Fees was inadvertently not reviewed and/or considered by this Honorable Court in making its ruling.  This concern is based upon the facts that the Court Order refers to "Memoranda in Opposition thereto filed by Hudson and his *attorney"* (emphasis added) and follows such with a reference to "Docs. 118 and 117, respectively" which were filed by counsel Craig L. Berman.  The undersigned counsel is further concerned that his Memorandum was inadvertently not reviewed and/or considered due to the fact that none of the issues and/or arguments raised in such were mentioned by this Honorable Court in its Order dated July 20, 2006.

By the filing of this motion, undersigned counsel does not intend to re-litigate and/or re-argue the substantive issues already decided by this Court and the Eleventh Circuit Court of Appeals. Undersigned counsel simply wishes to point out the possibility that his Memorandum of Law regarding sanctions may have been inadvertently overlooked by this Honorable Court.

For these reasons, Basyle J. Tchividjian, requests this Honorable Court to reconsider its Order dated July 20, 2006 and/or provide whatever relief it deems just from such Order.

 Respectfully Submitted,


 /s/ Basyle J. Tchividjian
 Basyle J. Tchividjian, Esquire
 Florida Bar No. 0985007
 Landis Graham French, P.A.
 Post Office Box 48
 DeLand, FL 32721-0048
 (386) 734-3451
 Co-Counsel for Plaintiff


CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to G. Steven Fender, Esquire (gsf@litchris.com), and Craig L. Berman, Esquire (cberman@tampabay.rr.com)

 Basyle J. Tchividjian /s/
 Florida Bar No. 0985007
 Landis Graham French, P.A.
 Post Office Box 48
 DeLand, FL 32721-0048
 Telephone: (386) 734-3451
 Facsimile: (386) 736-1350
 Attorney for Plaintiff