**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEVIN H. HUDSON,**

       **Plaintiff,**

-vs-                                  **Case No. 6:04-cv-892-Orl-31JGG**

**INTERNATIONAL COMPUTER**
**NEGOTIATIONS, INC.,**

       **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Counsel's Motion for Reconsideration (Doc. 121) of this Court's Order dated July 20, 2006 (Doc. 120). In his Motion, Plaintiff's Counsel asserts that the Court's previous Order did not reference his Opposition to the Defendant's Motion for Attorney's Fees, which appeared at Doc. 116. Upon review of the file in this case, the Court finds that it inadvertently overlooked Plaintiff's Counsel's brief when deciding the merits of the issues addressed therein. Accordingly, it is

**ORDERED THAT** Plaintiff's Counsel's Motion for Reconsideration (Doc. 121) is GRANTED. The Order at Doc. 120 is VACATED. The Court will reconsider the Motion at Doc. 114 in light of all of the Responses, including Doc. 116.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 2, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party