**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEVIN H. HUDSON,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-892-Orl-31JGG**

**INTERNATIONAL COMPUTER**
**NEGOTIATIONS, INC.,**

      **Defendant.**

_____

## ORDER

Upon consideration of the Motion to Admit Evidence of Offers of Settlement at Mediation (Doc. 140), it is

**ORDERED** that the Motion is GRANTED, in part. At the hearing, counsel may summarize the history of settlement negotiations. If there is a material dispute concerning settlement offers made during the course of these negotiations, the Court will consider taking other forms of evidence in this regard.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 2, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party