UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN H. HUDSON,
    Plaintiff,

vs.                              CASE NO. 6:04-cv-892-Orl-31JGG

INTERNATIONAL COMPUTER
NEGOTIATIONS, INC.,
    Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2006, I forwarded a copy of the Trial Brief filed on October 4, 2006 to Mr. Kevin H. Hudson at 119 North Arbor Drive, Ormond Beach, FL 32774 by United States Mail and electronically filed the foregoing Certificate of Service with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Craig L. Berman, Esq.**, Berman Law Firm, P.A., Plaza Tower, Suite 706, 111 2nd Ave., N.E., St. Petersburg, FL 33701; **Victor Chapman, Esq.**, Barrett, Chapman & Ruta, 18 Wall St., Orlando, FL 32801 and **George Steven Fender, Esq.**, Litchford & Christopher, P.A., 390 N. Orange Ave., Ste. 2200, P.O. Box 1549, Orlando, FL 32802-1549.

                                                /s/ Albert F. Tellechea
                                                Albert F. Tellechea, Esq.
                                                Florida Bar No. 0323675
                                                albert.tellechea@hklaw.com
                                                Andrew P. Lannon, Esq.
                                                Florida Bar No. 0648140
                                                andrew.lannon@hklaw.com
                                                HOLLAND & KNIGHT LLP
                                                200 S. Orange Avenue, Suite 2600
                                                Orlando, Florida  32801
                                                Telephone:  (407) 425-8500
                                                Facsimile:  (407) 244-5288
                                                Attorneys for Basyle Tchividjian, Esq. and
                                                Landis Graham French, P.A.