# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN H. HUDSON,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:04-cv-892-Orl-31JGG**

**INTERNATIONAL COMPUTER NEGOTIATIONS, INC.,**

        **Defendant.**

## ORDER

On August 2, 2006, the Court granted Plaintiff's Counsel's Motion for Reconsideration (Doc. 121) and vacated its order of July 20, 2006 (Doc. 120), which had granted the motion for attorney's fees (Doc. 114) filed by the Defendant, International Computer Negotiations, Inc. ("ICN"). The basis for vacating that order was the Court's realization that it had inadvertently overlooked the brief filed by Plaintiff's counsel when deciding the motion for fees. (Doc. 123 at 1). Upon reconsideration, and after reviewing all of the pleadings and hearing the argument of counsel at today's hearing, and particularly in light of the decision in *Cordoba v. Dillard's, Inc.*, 419 F.3d 1169 (11th Cir. 2005), it is hereby

**ORDERED AND ADJUDGED** that ICN's Motion for Order of Entitlement to Attorney's Fees (Doc. 114) is **DENIED** for the reasons stated in open court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 5, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party